# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

SEP - 6 2011

David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
FILED

SEP 0 6 2011

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. B-11-491 |
| | § | |
| Francisco Sanchez-Galicia | § | |

## ORDER

BE IT REMEMBERED on this _6_ day of _September_, 20 11 , the

Court reviewed the file in the above-captioned matter and specifically the Report and

Recommendation of the United States Magistrate Judge filed June 9, 2011, wherein the

defendant Francisco Sanchez-Galicia waived appearance before this Court and appeared before

the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and

Federal Rule of Criminal Procedure Rule 11 Allocution.  The Magistrate Judge recommends that

the plea of guilty be accepted by the undersigned, and noting no opposition by defendant

Francisco Sanchez-Galicia to the Report and Recommendation, the Court enters the following

order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate

Judge is hereby adopted.  The Court finds the defendant Francisco Sanchez-Galicia guilty of the

offense of alien unlawfully being present in the United States after having been convicted of a

felony and deported, in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(1).

SIGNED this the _6_ day of _September_, 20 11 .

Hilda G. Tagle
United States District Judge